UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| ERNEIL JEFFERSON      * | |
| Plaintiff,      * | |
| v. | |
|      * | |
| WESTON ASSOCIATES, INC., *et al.* | Case No. 1:21-cv-00966 SAG |
|      * | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through undersigned counsel, and pursuant to Federal Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit, with prejudice, with each party to bear its own costs and attorney's fees. Please enter this matter as "Agreed, Settled, Satisfied, and Dismissed with Prejudice".

Dated: May 18, 2021                                      Respectfully submitted,

/s/ Lee H. Ogburn                                        /s/ Lisa M. Morgan
Lee H. Ogburn, Bar No. 00118                             Lisa M. Morgan, Bar No. 13909
Maryland Legal Aid                                       The Law Offices of Frank F. Daily, P.A.
500 E. Lexington Street                                  Executive Plaza III, Ste. 704
Baltimore, Maryland 21202                                11350 McCormick Road
(410) 951-7699                                           Hunt Valley, MD 21031
logburn@mdlab.org                                        (410) 584-9443
*Attorneys for Plaintiff*                                lmorgan@frankdailylaw.com
                                                         *Attorneys for Defendant,*
                                                         *Weston Associates, Inc.*

/s/ James J. Bragdon
James J. Bragdon, Bar No. 29724
Gallagher Evelius & Jones
218 North Charles St., Ste. 400
Baltimore, MD 21201
(410) 951-1416
jbragdon@gejlaw.com
*Attorney for Defendant,*
*Hudson Valley Property Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 18th day of May, 2021, a copy of the foregoing Stipulation of Dismissal with Prejudice was served via the Court's CM/ECF system:

Lee H. Ogburn, Esquire
Christopher Conn, Esquire
Maryland Legal Aid
500 E. Lexington Street
Baltimore, Maryland 21202
logburn@mdlab.org
ccon@mdla.org
Attorneys for Plaintiff

James J. Bragdon, Esquire
Gallagher Evelius & Jones
218 North Charles St., Ste. 400
Baltimore, MD 21201
jbragdon@gejlaw.com
Attorney for Defendant,
  Hudson Valley Property Group, LLC

/s/ Lisa M. Morgan
Lisa M. Morgan